1 | Cassie Springer-Sullivan - CA STATE BAR NO. 221506
Michelle L. Roberts - CA STATE BAR NO. 239092
2 | SPRINGER-SULLIVAN & ROBERTS LLP
410 - 12th Street, Suite 325
3 | Oakland, CA  94607
Telephone: (510) 992-6130
4 | Facsimile: (510) 280-7564
E-mail: css@ssrlawgroup.com
5 |         mlr@ssrlawgroup.com

*Attorneys for Plaintiff*

Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Allison Vana (Bar No. 228282)
avana@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 So. Grand Ave., 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930
Attorneys for Defendant

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LENWELL, | Case No. 11-01935 SI |
| Plaintiff, | **NOTICE OF SETTLEMENT;** |
| vs. | **JOINT STIPULATION AND** |
| | **[PROPOSED] ORDER CONTINUING** |
| | **CASE MANAGEMENT CONFERENCE** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; MORRISON & FOERSTER, LLP LONG TERM DISABILITY PLAN, | |
| Defendants. | |

**TO THE CLERK OF THE COURT, THE HONORABLE SUSAN ILLSTON, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

WHEREAS, Plaintiff CHRIS LENWELL, and Defendants THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and MORRISON & FOERSTER, LLP LONG

TERM DISABILITY PLAN (collectively, "the Parties"), have agreed to a settlement in principle of all claims and causes of action alleged in the above-referenced action;

WHEREAS, the Parties are in the process of preparing the settlement documents and anticipate requiring four weeks to finalize and effectuate the terms of the settlement;

WHEREAS, the Parties are scheduled to appear for a case management conference before this Court on August 12, 2011 at 2:30 p.m.;

and WHEREAS, the Parties desire to continue the currently scheduled case management conference to September 16, 2011 at 2:30 p.m. to enable to Parties sufficient time to finalize the settlement and dismiss the case with prejudice;

NOW, THEREFORE, the Parties stipulate as follows:

The initial case management conference scheduled for August 12, 2011 at 2:30 p.m. will be continued to September 16, 2011 at 2:30 p.m., or as soon thereafter as may be heard by the Court, and the dates for exchanging initial disclosures and filing a joint case management statement are similarly continued.

IT IS SO AGREED AND STIPULATED.

Dated: July 28, 2011     SPRINGER-SULLIVAN & ROBERTS LLP

By: /s/
Cassie Springer-Sullivan
Attorneys for Plaintiff

Dated: July 28, 2011     MESERVE, MUMPER & HUGHES LLP

By: /s/
Linda Lawson
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/28/11

Honorable Susan Illston
United States District Court Judge