1  Cassie Springer-Sullivan - CA STATE BAR NO. 221506
   Michelle L. Roberts – CA STATE BAR NO. 239092
2  SPRINGER-SULLIVAN & ROBERTS LLP
   410 – 12th Street, Suite 325
3  Oakland, CA 94607
   Telephone: (510) 992-6130
4  Facsimile: (510) 280-7564
   E-mail: css@ssrlawgroup.com
5          mlr@ssrlawgroup.com

6  Attorneys for Plaintiff

7  Linda M. Lawson (Bar No. 77130)
   llawson@mmhllp.com
8  Allison Vana (Bar No. 228282)
   avana@mmhllp.com
9  MESERVE, MUMPER & HUGHES LLP
   300 So. Grand Ave., 24th Floor
10 Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
11 Facsimile: (213) 625-1930

12 Attorneys for Defendant
   The Prudential Insurance Company of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| CHRIS LENWELL, | CASE NO. 11-01935 SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; MORRISON & FOERSTER, LLP LONG TERM DISABILITY PLAN, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between all parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear his or its own costs and attorneys' fees.

IT IS SO AGREED AND STIPULATED.

DATED: August 12, 2011           SPRINGER-SULLIVAN & ROBERTS LLP


By: ___/s/_____
    Cassie Springer-Sullivan
    Attorneys for Plaintiff
    Chris Lenwell

DATED: August 12, 2011           MESERVE, MUMPER & HUGHES LLP


By: ___/s/_____
    Linda M. Lawson
    Attorneys for Defendant
    The Prudential Insurance Company of America

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/19/11           _____
    Hon. SUSAN ILLSTON
    UNITED STATES DISTRICT COURT JUDGE